# United States District Court
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-109-ALM-KPJ |
| 360 HEALTH SERVICES, LLC, *et al.*, | § § § | |
| Defendants. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 4, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #38) that Plaintiff Craig Cunningham's "Status Report and Motion for Transfer Venue" (the "Motion") (Dkt. #33) be denied. *See* Dkt. #38.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motion (Dkt. #33) is **DENIED**.

**SIGNED this 6th day of December, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE